*Cover sheet*
*physical Assault(s)*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

Mitchell Rae Beckwith
*(Enter full name of plaintiff)*

Plaintiff,

v.

(2) (Both) → Dep. Mason, Dep. D. Jung, Dep. Babock, Dep. Mehdovic, Sgt. Castro Ramos, Dep. Lockhart, Dep. Simmons, SGT. Hathaway, Sgt. Bryant, Dep. That Booked Me into Jail Name unknown

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:23-cv-01111-SI
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes   ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**
Name: Mitchell Rae Beckwith ~~(redacted)~~
Street Address: 11540 NE Inverness DR
City, State & Zip Code: ~~(redacted)~~ Portland, OR 97220
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)          1
[Rev. 01/2018]

**Defendant No. 1** Name: Deputy Mason (with Big Beard) older
Street Address:
City, State & Zip Code: N/A
Telephone No.:

**Defendant No. 2** Name: Deputy Mason (Lil Beard) younger
Street Address:
City, State & Zip Code: N/A
Telephone No.:

**Defendant No. 3** Name: Deputy D. Jung
Street Address:
City, State & Zip Code: N/A
Telephone No.:

**Defendant No. 4** Name: Deputy Babock
Street Address:
City, State & Zip Code: N/A
Telephone No.:

*[Handwritten margin notes, left side:]*
Def No.7 Deputy Lockhart info N/A

Def No.8 Deputy Simmons info N/A

Def. No.9 Sgt Hathaway info N/A

Def No.10 Booking Deputy when I came in Nov 17, 2019 Name info N/A

*[Handwritten margin notes, right side:]*
Def No.5 Deputy Mehdovic info N/A

Def No.6 Sgt. Castro-Ramos info N/A

Def No.11 Sgt Bryant info N/A

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)   2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

1990 ADA violated. & excessive force Cruel & unusual punishment.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

(May 2023) Last visit with Psyche provider MS. RACHEL Lock Dropped on My Toe intentionally Bruised in pain for over 7-10 days. Mason (short Beard-Stocky-younger one). ice by Medical one Time. Then visit with Attorney Mr. Redden left in small visit Room approx. 2 hrs. poop on self & No water. Hathaway "How was the war? Try us tough guy" Try provoke Me and had deputy leave (1) one cuff off during Movement Back To my cell. The deputy Booked Me Nov 17 2019 chain around waist very extreme Tight & wrist cut into skin and Bruise My abdomen & lower Back.

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

After May I am Catatonic No want to visit family or anyone after pain by Deputy's & Sgt Hathaway. May 15 2023 worst assault of ALL I think by Dep. Mason older one, Sgt. De Jung, Dep Bubock, & Dep. Mehdovic

Complaint for Violation of Civil Rights (Prisoner Complaint)  3
[Rev. 01/2018]

Sgt Bryant No help yet I had chocolate, poop ALL over my cell wanted 4D Mental health help. I cuff up No resistance My Body I go Limp. 10AM Next day May 16, 2023 Marks seen by camera 4F15 approx 5:21 pm out of My cage (cell). Comply with Move injured because poop (chocolate) on hands Needed Mental health help or stay where I was. Scared For My safety. Day of Assault Door To Cell was popped claimed accident I AM ex. Military PTSD I Then Drank poop & pee and put on hands. extra force and Bruise on Arm 8 Days later...

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

July 11th 2023 Simmons Lied. Made to see clock for Muslim prayer. Move search My things I would Not have Moved 9-1030AM Turn To get Legal work personal treasures and Simmons push Me when he had said "you Need Take More Than one Trip" Then Mason use Artwork of My only deceased daughter Zoey I asked him Stop + Broke My heart... I cried hard... Next day July 12th on Feet By Door To Dungeon (My cell) 520-550pm Approx. Door popped I put hands in sky palms up

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Claim II (2) Continued

Dep. Mason with Big Beard wanted to pepper spray me him & De Jong Main Attackers with Dep Babock and Dep Mehdovic. I said I would move if force used and would comply. They wanted to hurt me physically and did just that on that day. Left in Room (cell poop on face) They said "should we clean his face?" Mason said "Noo Fuck his face."

Claim III (3) Continued...

I said "what's going on?" Response "you are Moving" I extended hands out non threatening I did not resist would have cuffed up. Mason Lied Never ordered to Move again I am Military veteran - Would Comply direct order. or respectfully Deny until Force used. Scratch on right Top of hand of flawless skin Bruise on Left forearm days later. Scar for life But I am paranoid Schizophrenic, PTSD The Mental pain & Suffering Much Worse Cruelty Main Attackers in assault I Believe were 2 That had poop (chocolate from prior claim II De jung & Mason (older) and Castro-Ramos. Lockhart was just doing his job. Check cameras. Never Did Dep. Mason or Sgt Castro-Ramos tell Me To Move or cuff up Like I would have.

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

V. RELIEF

State *briefly* exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.

No More continued Assaults. No retaliation for Me playing with poop. (chocolate). Respect 1990 ADA act. $50,000.00 each from Dep. Mason (older & younger), Sgt. Hathaway, Booking Dep., Sgt. Bryant, Sgt. De jung, Castro-Ramos. Then $20,000.00 each from Dep. Babock, Dep. Mehdovic, Dep. Simmons & Dep. Lockhart.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of July, 2023

_(Signature of Plaintiff)_